```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 13930
    STEVEN WAYNE ROBBINS SR
    BONNIE LYNN ROBBINS                        CHAPTER 13

                                                   JUDGE: BRUCE W BLACK
              Debtor
    SSN XXX-XX-3713     SSN XXX-XX-0399


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/30/08 and confirmed on 08/15/08.

    2.  The case was dismissed after confirmation, 11/21/2008.

    3.  The Debtor paid a total of $    2800.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG      227.60           .00         227.60
CHASE HOME FINANCE         MORTGAGE ARRE     9379.72           .00            .00
LOAN SERVICING GROUP LLC   SECURED           9409.53           .00         660.00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    19664.40           .00         920.00
WELLS FARGO FINANCIAL AC   SECURED VEHIC    15715.04           .00         830.00
ARNOLD SCOTT HARRIS        UNSECURED        NOT FILED          .00            .00
ASSOCIATED RADIOLOGY       UNSECURED        NOT FILED          .00            .00
JOSEPH R KARCAVICH MD      UNSECURED        NOT FILED          .00            .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED          .00            .00
CREDITOR COLLECTION SERV   UNSECURED        NOT FILED          .00            .00
COLUMBIA HOUSE             UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
COMED                      UNSECURED        NOT FILED          .00            .00
ENT SURGICAL CONSULTANTS   UNSECURED        NOT FILED          .00            .00
HEARTLAND CARDIOLOGIST C   UNSECURED        NOT FILED          .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
LOAN SERVICING GROUP LLC   UNSECURED        NOT FILED          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
OAK HIGHLANDS INGALLS PK   UNSECURED        NOT FILED          .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED          .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------------
PETER ANALYTIS MD          UNSECURED        NOT FILED          .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED          .00            .00
SILVER CROSS HOSPITAL      UNSECURED        NOT FILED          .00            .00
PHARIA LLC                 UNSECURED        NOT FILED          .00            .00
ARNOLD SCOTT HARRIS        UNSECURED        NOT FILED          .00            .00
           Summary of disbursements:
-----------------------------------------------------------------------------
```

```
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  54396.29         .00          .00         .00      54396.29
PRINCIPAL PAID       2637.60         .00          .00         .00       2637.60
INTEREST PAID            .00         .00          .00         .00            .00
TOTAL PAID           2637.60         .00          .00         .00       2637.60
```

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $   3500.00
and was paid $     710.00   direct and $       .00   through the plan.

The Trustee received $     162.40 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 08 B 13930 STEVEN WAYNE ROBBINS SR & BONNIE LYNN ROBBINS